# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **ALEYADRIEL PABON DIAZ**
SSN xxx-xx-5409

Debtor(s)

CASE NO: **22-01776-EAG**

**Chapter 13**

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$325.00**    Outstanding (Through the Plan): **$3,675.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months    ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00    Estimated Priority Debt: $494.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Oct 26, 2022  (Dkt  17)**    Plan Base: **$9,720.00**

**The Trustee:**    ☑ **DOES NOT OBJECT**    ☐ **OBJECTS**    Plan Confirmation    Gen. Uns. Approx. Dist.: 19 %

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: October 28, 2022

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 17    Last Claim Verified: 8    CMC: